# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **RIDEL ALEGRE FERNANDEZ ROSADO** <br><br> Debtors | CASE NO. 07-05871 ESL <br><br> CHAPTER 7 |

## TRUSTEE'S MOTION REQUESTING
## EVIDENCE OF CONSIGNMENTS

**TO THE HONORABLE COURT:**

COMES NOW, Wilfredo Segarra Miranda, duly appointed trustee of the above captioned case, who respectfully states and prays as follows:

1. On December 13, 2007, a Motion Requesting Turnover of Property was filed by Mr. Celedonio Corredora Pablos ("Corredora") through his counsel Eduardo J. Corretjer Reyes, of Bufete Roberto Corretjer Piquer (DOC #14).

2. The Trustee's efforts of administering and obtaining funds to the estate require that Trustee be provided a list of all the art works received for consignment with the consignment invoice no. and how many have been sold and actual locations.

**WHEREFORE**, It is prayed this Honorable Court Grant this Motion and other pertinent relief. In San Juan, Puerto Rico, this 21th day of December of 2007.

**IT IS HEREBY CERTIFIED** THAT THE FOREGOING HAS BEEN ELECTRONICALLY FILED WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL SEND NOTIFICATION OF SAID FILING TO PARTIES APPEARING IN SAID SYSTEM INCLUDING THE U.S. TRUSTEE OFFICE AND A TRUE COPY WAS MAILED TO DEBTOR'S AND DEBTOR'S ATTORNEY.

/s/ Wilfredo Segarra Miranda
**WILFREDO SEGARRA MIRANDA**
Chapter 7 Trustee
P.O. BOX 9023385
SAN JUAN, P.R. 00902-3385
TEL. 725-6160 \\ FAX: 977-2288