**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| IN RE: <br><br> **FERNANDEZ ROSADO, RIDEL ALEGRE** <br><br> DEBTOR(S) | CASE NUMBER: **07-05871-ESL** <br><br> (Chapter 7) <br> NO ASSET CASE |
|---|---|

**NOTICE OF ABANDONMENT OF PROPERTY
AND REQUEST FOR CLERK TO NOTICE**

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| CASH | $10.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| BANCO SANTANDER CHECKING ACCT. NO 3105464362 | $1.00 | $0.00 | $1.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 |
| BOOKS/COLLECTIBLES | $10,000.00 | $0.00 | $10,125.00 | $0.00 | $(125.00) |
| WEARING APPAREL | $450.00 | $0.00 | $450.00 | $0.00 | $0.00 |
| FURS AND JEWELRY | $100.00 | $0.00 | $100.00 | $0.00 | $0.00 |

Documents Included:  Appraisal ( )  Creditors Statement ( )  Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1)  Property has no value or is burdensome to the Estate.  No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notice.

**DATED:**   December 30, 2008

/s/ Wilfredo Segarra-Miranda
Wilfredo Segarra-Miranda
PO Box 9023385
San Juan, PR  00902-3385
(787) 725-6160