IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | BANKRUPTCY 07-05871 ESL |
| RIDEL ALEGRE FERNANDEZ ROSADO | CHAPTER 7 |
| Debtor | |

DEBTOR'S REQUEST FOR ENTRY OF DISCHARGE FORTHWITH

TO THE HONORABLE COURT:

COMES NOW debtor through his legal representation who respectfully prays:

1. Debtor filed this case under Chapter 7 of the Bankruptcy Code on October 9th, 2007. The §341 Meeting of Creditors was heard and closed.

2. FRBP 4004(a) and FRBP 4007 (c) require that a complaint objecting to the discharge or to a determination of dichargeability of a debt must be filed no later than 60 days after the first date set for the meeting of creditors under §341(a).

3. The §523/§727 Complaints deadline has expired in the above referenced case and there are no complaints or extensions to file complaints are pending in this case.

4. Debtor has a right to his discharge and any further delay in entering the discharge in affecting his *Fresh Start*.

5. To date no discharge has been entered and/or noticed to debtors or their counsel. There is no reason or justification that debtor's discharge should be delayed any longer.

6. Debtor has completed and has so certified the Consumer Credit Counseling

1

Services of Puerto Rico Inc. as of April 9, 2009 at d.e. #53.

WHEREFORE debtor respectfully prays that this Court enter the discharge in this case forthwith.

**CERTIFY** that on this same date we have caused to be mailed a copy to the US Trustee and to Wilfredo Segarra, Esq. Chapter 7 Trustee Through CM/ECF System noticing.

DATE: April 9, 2009.

*L.A Morales Vidal*
/s/LYSSETTE A MORALES VIDAL
USDC-PR 120011
URB VILLA BLANCA
#76 CALLE AQUAMARINA
CAGUAS PR 00725-1908
TEL (787)746-2434; FAX 258-2658
Email[lamoraleslawoffice@gmail.com](mailto:lamoraleslawoffice@gmail.com)