IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE<br><br>RIDEL ALEGRE FERNANDEZ ROSADO<br><br>    DEBTOR | CASE NO 07-05871 ESL<br>CHAPTER 7 |
|---|---|

**DEBTOR'S MOTION FOR RECONSIDERATION &/OR SET ASIDE
OF MAY 29, 2009 ORDER DENYING DEBTOR'S SECOND REQUEST
FOR ENTRY OF DISCHARGE FORTHWITH**

    COMES NOW debtor Ridel Alegre Fernandez Rosado, through his undersigned legal representative, and hereby moves this Honorable Court for reconsideration of its Order entered on May 29, 2009 (d.e. # 61) denying the Debtor's Second Request for Entry of Discharge Forthwith Pursuant to *Interim* FRBP 4004(c) filed on May 16, 2009 (d.e. # 57).

    This Motion is brought pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) and (6), and is based on the Memorandum in Support of Motion for Reconsideration and Supplementing Opposition to Motion to Dismiss, filed concurrently herewith.

    CERTIFICATE that this motion has been filed electronically and noticing to participants of CmECF, especially counsel for Movant, the Chapter 7 Trustee and to the U.S.T. through CmECF.

    DATED: November 24, 2009

    /s/ *L. A. Morales*
    L.A. Morales & Associates PSC
    USDC-PR 120011
    URB VILLA BLANCA
    # 76 CALLE AQUAMARINA
    CAGUAS PR 00725-1908
    TEL 787-746-2434 FAX 258-2658
    Email lamoraleslawoffice@gmail.com