UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: RIDEL ALEGRE FERNANDEZ ROSADO<br>Debtor | Case #: 07-05871 ESL<br><br>Chapter 7 |
| CELEDONIO CORREDERA PABLO<br>PABLO LOPEZ BAEZ<br>EMMA T BENITEZ &<br>OSIRIS DELGADO<br><br>    Movants<br><br>v.<br><br>RIDEL ALEGRE FERNANDEZ ROSADO<br>    Respondent | |

NOTICE OF APPEAL

Ridel Alegre Fernández-Rosado [Debtor or Fernández], Debtor, appeals under 28 U.S.C. §158(a) or (b) from the orders of the bankruptcy judge denying the Debtor's Motion's ["Motion for Reconsideration" & "Opposition to Motion to Dismiss"] at d.e. #67, #68, #75 & #76 filed by the Debtor in opposition to four (4) Creditor's Motion to Dismiss filed at d.e. #55 on April 28, 2009 and furthermore appeals the bankruptcy Court's denial of the Debtor's request for Entry of Discharge Forthwith at d.e. #57, 58, 68, 75, 76.

The Opinion & Order by the Honorable Enrique S. Lamoutte, appealed herein is dated March 12, 2010 and entered at d.e. #84 on the 15th day of March, 2010.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Celedonio Corredera Pablo<br>Address unknown | Eduardo J Corretjer Reyes, Esq.<br>625 Ave P de León<br>San Juan, Puerto Rico 00917-4819<br>787-751-4618 ejcr98@yahoo.com |
| Pablo López Báez<br>Emma T Benitez<br>Osiris Delgado | Wilfredo A Geigel, Esq.<br>P.O. Box 25749<br>Gallows Bay, S Croix 00824<br>340-778-8069 wageigel@islands.vi |
| Dated: March 29, 2010 | /s/ L.A. Morales Vidal<br>LYSSETTE A MORALES USDC #120011<br>L.A. MORALES & ASSOCIATES P.S.C.<br>URB VILLA BLANCA<br>CAGUAS, PR 00725-1908<br>(787) 746-2434 FAX 258-2658<br>lamoraleslawoffice@gmail.com |