**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | * |
| | * Case No. 07-05871 (ESL) |
| Ridel Alegre Fernández Rosado | * |
| | * Chapter 7 |
| Debtor | * |

*****************************************

**OPPOSITION TO DEBTOR'S MOTION TO STRIKE**

NOW COMES Mr. Celedonio Corredera Pablo ("Corredera"), through his undersigned counsel, and very respectfully states and prays:

1. On June 4, 2010, Ridel A. Fernández Rosado ("Debtor") filed a motion to strike Exhibit 1 to Corredera's "Amended Motion Submitting Proposed Findings of Facts and Conclusions of Law" (docket #102). See Docket #104.

2. In his motion to strike, Debtor alleges that Corredera's Exhibit 1 is the front side of a check that allegedly contains Debtor's financial account, address, and signature, which have not been redacted. Debtor further alleges that Rule 9037 of the Federal Rules of Bankruptcy Procedure, U.S.C.S. Bankruptcy R. 9037, allows a party only to show in an electronic filing with the Court the last four numbers of an individual's financial account number. Debtor finally alleges that Corredera violated Rule 9037 by not redacting all but the last four digits of the financial account number that appears in Exhibit 1. Debtor requests that the Court strike Exhibit 1 and that it grant Debtor damages and attorney's fees. Debtor's allegations are incorrect and his request is unmeritorious.

3. On the one hand, there is no requirement in Rule 9037 that addresses or signatures in electronically filed documents be redacted, nor is

there such a requirement in the Court's notice of redaction responsibilities. On the other hand, as is readily apparent from the face of Exhibit 1, no number in Exhibit 1 is identified as a financial account number and if a financial account number appears in Exhibit 1, it is not Debtor's but rather Galería Ridel, Inc.'s, the party that at least from the face of Exhibit 1 would be the owner of any financial account linked to Exhibit 1.

4. Therefore, Debtor has no standing to claim any alleged damages from Corredera's inadvertent failure to redact all but the last four digits of any financial account number that may appear in Exhibit 1, if any.

5. However, in order to correct his inadvertent failure to redact any financial account number that may appear in Exhibit 1, if any, Corredera withdraws Exhibit 1 to Docket #102 and herein files a redacted version of Exhibit 1 to be made part of Docket #102.

6. Corredera's inadvertent failure to redact any financial account number that may appear in Exhibit 1, if any, was a result of excusable error or excusable neglect and was not done with the intent to put Galería Ridel Inc.'s privacy at jeopardy.

WHEREFORE Corredera respectfully requests from the honorable Court that it deny Debtor's motion to strike (docket #104), that it grant Corredera's request to withdraw the unredacted version of Exhibit 1 to Docket #102 and that the same be eliminated from the record, and that it accept and make part of Docket #102 the redacted version of Exhibit 1 attached herein.

RESPECTFULLY SUBMITTED.

In San Juan, P.R. on June 7, 2010.

**Certificate of Service**

I hereby certify that on June 7, 2010 I electronically filed a copy of the foregoing motion with the Clerk of the U.S. Bankruptcy Court for the District of P.R. using the CM/ECF system which will send electronic notice to counsel for Debtor and any other interested CM/ECF participant.

    s/ Eduardo J. Corretjer Reyes
    USDC-PR 224113
    BUFETE ROBERTO CORRETJER PIQUER
    625 Ponce de Leon Ave.
    San Juan, P.R. 00917-4819
    Tel. 787-751-4618
    Fax 787-759-6503
    E-mail: ejcr@corretjerlaw.com
    www.corretjerlaw.com

c:ecr/corredera/ridel/contested matter/corredera opo-debtor m-strike check