# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIDEL ALEGRE FERNANDEZ ROSADO

XXX-XX-3532

Debtor(s)

CASE NO. 07-05871 ESL

Chapter 7

FILED & ENTERED ON 06/08/2010

## ORDER

The urgent motion filed by Celedonio Corredera requesting to compel appearance and testimony by debtor (docket #107) is hereby granted. Failure to appear, in light of the circumstances detailed by Celedonio Corredera in his motion, may warrant the dismissal of the petition.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 08 day of June, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: All creditors