AO 187 (Rev. 7/87) Exhibit and Witness List

1.

# United States Bankruptcy District Court

DISTRICT OF Puerto Rico

Ridel Alegre Fernández
v.

**EXHIBIT AND WITNESS LIST**

Wilfredo A. Geigel

CASE NUMBER: 07-05871 (7) ESL

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Enrique S. Lamoutte | Eduardo Corretjer Reyes | L. Morales Vidal + J. Milanes |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| June 8, 2010 | Lourdes Alvarez | Evangelina Méndez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ID 1 | | 6/8/10 | X | X* | Receipt dated 8/23/06 of oleo by Anana from Dr. Pablo M. López |
| ID 2A | | 6/8/10 | X | X* | Receipt of 4 paintings #842, #518, #596, #522 by Andy Bueso |
| ID 2B | | 6/8/10 | X | X* | Consignation dated 3/22/00 "Corazones Cuestres" silkscreen |
| ID 2C | | 6/8/10 | X | X* | Consignation dated 7/12/06 of Andy Bueso #755 Una y Otra, and sobreviviente |
| | A | 6/8/10 | X | X | Check #468 dated 5/25/06 for $3,000.00 to Ms. Benitez Bueso from Mr. Ridel Fernández |
| | B | 6/8/10 | X | X | Check #1013 dated 2/24/06 for $3,000.00 to Tere Bueso from Mr. Ridel Fernández |
| | C | 6/8/10 | X | X | Check #1169 dated 1-29-2005 to Mr. C. Coredera from Mr. Ridel Fernandez for $4,000.00 |

* Admitted subject to being translated in 7 days

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBITS - CONTINUATION

Ridel Alegre Fernández

CASE NO. 07-05871(7) ESC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
|  | D | 6/8/10 | X | X | Check #1108 dated 5-16-2004 to C. Corredera for $5,500.00 from Mr. Ridel Fernández |
|  | E | 6/8/10 | X | X | Invoice to Mr. Ridel Fernández from Art & Frames Express for 3 oleos |
|  |  |  |  |  | Witnesses: 1. Dr. Pablo M. López Báez 2. Emma Teresa Benítez vda. Bueso 3. Dr. Osiris Delgado Mercado 4. Celedonio Corredera Pablo 5. Ridel Alegre Fernández Rosado |



**GALERIA RIDEL**

EX #1
07-05871
6/8/10

8/23/06

Recibí del Sr. Pablo M. López
un óleo de Arana valorado en
$10,000. a consignación.

atte.

Ridel Fdez

CALLE 32 NÚM. 310, VILLA NEVÁREZ RÍO PIEDRAS • PUERTO RICO 00927 • 444-7779





Galeria Ridel
Calle 32 #310
Villa Nevárez
Rio Piedras, P.R. 00927

Obras del artista Andy Bueso

**#842   STRIPPERS   1992
          acrilico en canvas   $10,000.00      → pendiente balance $1,500.00 Paid in full

'#518'  Baile Sobre San Juan   1989
          acrilico en masonite   $8,000.00

**#596  Los Fuegos del Amor   1989                     VENDIDO
          acrilico en masonite
          48 x 48          — $10,000.00    6,500.00

#522   Bajo los Arcos   1989                    paid — 4,500.00
          48 x 48
          medio mixto in masonite — $10,000.00

AB.                                               Ridel Fdez



22 de marzo 2000

Galería Ridel



Consignación serigrafía
  Corazones Escritos ³⁹/100  $1,200.⁰⁰
  La Familia  ¹⁰²/100  $750.⁰⁰

JBB

Ridel Fdez.

12 de julio 2004

Galería Ridal:

Obras del Artista Andy Bueso
en consignación:

Una y Otra #755  1991
48 x 48  acrílica en masonite
entregar al artista (esposa)
$18,000.00 —

Sobreviviente 1989
acrílica en masonite  30 x 40
$15,000.00

El Sr. Ridel debolverá las
obras si no se venden en
4 semanas de la fecha de
arriba.                    Ridel Féo
40% Galería.

Tel.: (787) 764-6635 • Fax: (787) 282-8133 • BUESO, LTD. http://premium.caribe.net/~idppr/bueso.html







# Art & Frames Express

533 Avenida Andalucía,
Puerto Nuevo 00920

781-4212  ✱  Fax 775-9210

Pablo Corpa
( Serigrafía Artística)
pablo21@prtc.net



A: _Ridel Fernandez_

**TERMINOS DE PAGO: 50% de depósito y balance C.O.D.**

| CANT. | DESCRIPCION | TOTAL |
|---|---|---|
| 1 | oleo Mario Carreño 35"x24" | 7.5 K |
| 2 | oleo Carreño 1943 10"x11½" | 3,400 |
| 1 | oleo Carreño 12"x16" 1962 | 4,000.00 |
| | Total | $14,900.00 |

Chek #
Devuettas los 3 obras.
Julio 7-06

X P Corpa

POR: _____
FECHA: _____

TOTAL
Depósito
Balance