IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIDEL ALEGRE FERNANDEZ ROSADO<br><br>XXX-XX-3532<br><br>Debtor(s) | CASE NO. 07-05871 ESL<br><br>CHAPTER 7 |
| Dr. OSIRIS DELGADO and EMMA TERESA BENITEZ,<br><br>Plaintiff,<br><br>v.<br><br>RIDEL ALEGRE FERNANDEZ ROSADO, (Debtor); WILFREDO SEGARRA (Trustee),<br><br>Defendants. | ADV. PROC. NO. 08-00016 ESL<br><br>OBJECTION TO DISCHARGE |

## NOTICE OF FILING

COME NOW Creditors Osiris Delgado, Emma Teresa Benitez and Pablo Lopez by and through the undersigned respectfully state:

Having finally received the documents requested from Debtor and as such able to have them translated, Creditors herein file the certified translated documents which were presented during the hearing of June 8, 2010.

WHEREFORE, Creditors respectfully request the Court accept the translated documents.

Dated: July 28, 2010

s/ Eugenio W.A. Géigel-Simounet, Esq.
Law Offices of Wilfredo A. Géigel
Counsel for López, Benitez and Delgado
PO Box 25749
Christiansted, St. Croix, USVI 00824
Tel: (340) 778-8069
wageigel@gmail.com
ivy@gs-lawoffices.com

In Re: Ridel Alegre Fernandez Rosado
Dr. Osiris Delgado, et al. v. Ridel Alegre Fernandez Rosado, et al.
Page 2

Case No. 07-05871 ESL
Adv. Proc. No. 08-00016 ESL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___28th___ day of July 2010 I electronically filed a copy of the foregoing with the Clerk of the US Bankruptcy Court for the District of Puerto Rico using the CM/ECF system, which will send electronic notice to the Chapter 7 Trustee, counsel for Debtor, and all other interested CM/ECF participants, and that a copy of this motion was sent by First Class Mail, postage pre-paid, to Ridel A. Fernandez Rosado, 310 Calle 32, Urb. Villa Nevárez, San Juan, PR 00927 and to Lysette A. Morales Vidal, 76 Calle Aquamarina, Urb. Villa Blanca, Caguas, PR 00725-1908.

/s/ Eugenio W.A. Geigel-Simounet, Esq.