**Bueso**  301 Howard, University Gardens, Rio Piedras, Puerto Rico USA 00927

July 12, 2006

Ridel Gallery

Paintings on consignment by artist Andy Bueso:

1) "Una y Otra #755   1991
   48 x 48 acylic on masonite
   deliver to artist (Tere Bueso)
   $18,000.oo

2) Sobreviviente  1989
   acrylic on masonite
   30 x 40
   $15,000.oo

Mr. Ridel will return the paintings if they are not within 4 weeks f the above date.

J Benitez Bueso

Tel.: (787) 764-6635 • Fax: (787) 282-8133 • BUESO, LTD. http://premium,caribe.net/~idppr/bueso.html

certified 26/7/10

Certified translation of handwritten original on Bueso letterhead by Glenn Fogley

*Bueso*  301 Howard, University Gardens, Rio Piedras, Puerto Rico USA 00927

Ridel Gallery
Calle 32 #310
Villa Nevárez,
Rio Piedras, P.R.  00927

Paintings by artist Andy Bueso

#842  Strippers  1992
   acrylic on canvas $10,000.00

#518  Baile Sobre San Juan  1989
   acrylic on masonite  $8,000.00

#596  los Fuegos del Amor  1989
   acrylic on masonite
      48 x 48  — $10,000.00

#522  Bajo los Arcos  1989
      48 x 48
   mixed media on masonite — $10,000.00

JB

Tel.:(787) 764-6635 • Fax: (787) 282-8133 • BUESO,LTD.http://premium.caribe.net/~idppr/bueso.html

certified 28/7/10

<u>Eugenio</u>

From: "Minerva Quintana" <u>minervaquintana53@gmail.com</u>
To: wageigel@islands.vi>
Cc: "Lysette Morales"<lamoraleslawoffice@gmail.com>
Sent: Thursday, July 15, 211- 9:52 AM
Attach: Galeria Ridel.pdf
Subject: Galeria Ridel

Mr. Geigel:

My apologies once again, this was the last that we found.

Thank you,

Minerva Quintana
L.A. Morales & Associates P.S.C.
787-746-2434 O
787- 258-2658 F

---

No virus found in this incoming message.
Checked by AVG – www.avg.com
Version:8.5.441 / Virus Database: 271.1.1/3007 – Release Date: 07/15/10 11:09:00

certified
28/7/10

I, Lydia Platón Lázaro, a certified court translator and interpreter, working in the Commonwealth of Puerto Rico, certify that the preceding document is a correct and faithful translation of the original in the Spanish language.

In San Juan, Puerto Rico, today  July 28, 2010

*Lydia Platón Lázaro*
Lydia Platón Lázaro

Certified Court Interpreter and Translator

Certificate number 00-056