# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re:                                    *
                                          * Case No. 07-05871 (ESL)
Ridel Alegre Fernández Rosado   *
                                          * Chapter 7
        Debtor                          *
*****************************************

## NOTICE OF ABSENCE FROM PUERTO RICO AND REQUEST FOR EXTENSIOM OF TIME

NOW COMES Celedonio Corredera Pablo ("Corredera"), through its undersigned counsel, and very respectfully states and prays:

1.      The undersigned counsel represents Corredera in this case.

2.      The undersigned attorney will be absent from Puerto Rico from and including October 15, 2010 to and including October 25, 2010.

WHEREFORE Corredera respectfully requests from the honorable court that it take notice of the undersigned counsel's absence from Puerto Rico during the period stated above and that it grant Corredera an extension of time of fifteen (15) days, from October 26, 2010 to November 10, 2010, for Corredera to act, file, move, oppose, respond, or appeal as to any matters that may arise during the undersigned counsel's absence from Puerto Rico and that may require that Corredera take action as to them.

RESPECTFULLY SUBMITTED.

## Notice to Interested Parties

Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party

to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of P.R. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## Certificate of Service

I hereby certify that on October 13, 2010 I electronically filed a copy of the foregoing motion with the Clerk of the Court using the CM/ECF system which will send electronic notice to all CM/ECF interested participants, including counsel for Debtor and the U.S. Trustee.

In San Juan, P.R. on October 13, 2010.

s/ Eduardo J. Corretjer Reyes
USDC-PR224113
BUFETE ROBERTO CORRETJER PIQUER
Attorneys for PREPA
625 Ponce de León Ave.
San Juan, P.R. 00917-4819
Tel. 787-751-4618/ Fax 787-759-6503
E-mail: ejcr@corretjerlaw.com
www.corretjerlaw.com

c:ecr/corredera/ridel/corredera n-vacation