# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE: : CASE NO. 07-05871

RIDEL ALEGRE FERNANDEZ ROSADO :

: CHAPTER 7

    Debtor :

## JUDGMENT

Upon the Opinion and Order entered on December 1, 2010, it is now, ADJUDGED AND DECREED that judgment be and it is hereby entered in favor of Creditors and against Debtor, granting Creditors' motion to dismiss for "cause" pursuant to Section 707(a) of the Bankruptcy Code for Debtor's bad faith in filing its Chapter 7 bankruptcy petition.

SO ORDERED.

In San Juan, Puerto Rico, this 8h day of December 2010

_____
ENRIQUE S. LAMOUTTE
U. S. Bankruptcy Judge