IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: RIDEL ALEGRE FERNANDEZ ROSADO<br><br>Debtor | BANKRUPTCY 07-05871 ESL<br>CHAPTER 7 |
| CELEDONIO CORREDERA PABLO<br>PABLO LOPEZ BAEZ<br>EMMA T BENITEZ &<br>OSIRIS DELGADO<br>　　　　Movant<br>　　　　vs.<br>RIDEL ALEGRE FERNANDEZ ROSADO<br>　　　　Respondent | |

## NOTICE OF APPEAL

RIDEL ALEGRE FERNANDEZ ROSADO, the Debtor herein, hereby appeals under 28

U.S.C. § 158(a) to the Bankruptcy Appellate Panel for the First Circuit from the judgment of

U.S. Bankruptcy Judge Enrique S. Lamoutte dismissing the Debtor's bankruptcy petition under

11 U.S.C. § 707(a),  entered in this case on December 10, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

Ridel Alegre Fernandez Rosado, Debtor:     Lyssette A Morales Vidal, Esq.
            Urb Villa Blanca
            76 Calle Aquamarina
            Caguas Puerto Rico 00725-1908
            787 746-2434 Fax 258-2658
            Email: lamoraleslawoffice@gmail.com

Celedonio Corredera Pablo          Eduardo J Corretjer Reyes, Esq.
            625 Ave P de León
            San Juan Puerto Rico 00917-4819
            787-751-4618 ejcr98@yahoo.com

Pablo López Báez                          Wilfredo A Geigel, Esq.
Emma T Benitez                            P.O. Box 25749
Osiris Delgado                            Gallows Bay S Croix 00824
                                          340-778-8069 wageigel@islands.vi

        Dated: December 15, 2010.


                                          Respectfully submitted,
                                          /s/ L.A. Morales Vidal
                                          LYSSETTE A MORALES USDC #120011
                                          L.A. MORALES & ASSOCIATES P.S.C.
                                          Urb Villa Blanca
                                          76 Calle Aquamarina
                                          Caguas, Puerto Rico 00725-1908
                                          787 746-2434 Fax 258-2658
                                          Email: lamoraleslawoffice@gmail.com

                        CERTIFICATE OF SERVICE

        This is to certify that on this 15th day of December, 2010, I caused the foregoing Notice

of Appeal to be served by CM/ECF upon the Chapter 7 Trustee, Eduardo J Corretjer Reyes, Esq.,

Wilfredo A Geigel, Esq., and all parties requesting notice.


                                          /s/ L.A. Morales Vidal
                                          LYSSETTE A MORALES