IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: RIDEL ALEGRE FERNANDEZ ROSADO | BANKRUPTCY 07-05871 ESL |
|---|---|
| Appellant/Debtor | CHAPTER 7 |
| CELEDONIO CORREDERA PABLO<br>PABLO LOPEZ BAEZ<br>EMMA T BENITEZ &<br>OSIRIS DELGADO<br>    Appellee/Movant<br>    vs.<br>RIDEL ALEGRE FERNANDEZ ROSADO<br>    Appellant/Respondent | |

APPELLANT ELECTION FORM

RIDEL ALEGRE FERNANDEZ ROSADO, the Appellant herein who has appealed under 28 U.S.C. § 158(a) the judgment of U.S. Bankruptcy Judge Enrique S. Lamoutte dismissing the Debtor's bankruptcy petition under 11 U.S.C. § 707(a), entered in this case on December 10, 2010 at d.e. #125 and elects to have this appeal heard by the Bankruptcy Appellate Panel for the First Circuit as stated in his Notice of Appeal filed herein.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Ridel Alegre Fernandez Rosado, Appellant:   Lyssette A Morales Vidal, Esq.
                                                     Urb Villa Blanca
                                                     76 Calle Aquamarina
                                                     Caguas Puerto Rico 00725-1908
                                                     787 746-2434 Fax 258-2658
                                                     Email: lamoraleslawoffice@gmail.com

Celedonio Corredera Pablo, Appellee      Eduardo J Corretjer Reyes, Esq.
                                                     625 Ave P de León
                                                   San Juan Puerto Rico 00917-4819
                                                   787-751-4618 ejcr98@yahoo.com

1

| | |
|---|---|
| Pablo López Báez, Appellee<br>Emma T Benitez, Appellee<br>Osiris Delgado, Appellee | Wilfredo A Geigel, Esq.<br>P.O. Box 25749<br>Gallows Bay S Croix 00824<br>340-778-8069 wageigel@islands.vi |

Dated: December 20, 2010.

Respectfully submitted,
/s/ L.A. Morales Vidal
LYSSETTE A MORALES USDC #120011
L.A. MORALES & ASSOCIATES P.S.C.
Urb Villa Blanca
76 Calle Aquamarina
Caguas, Puerto Rico 00725-1908
787 746-2434 Fax 258-2658
Email: lamoraleslawoffice@gmail.com

CERTIFICATE OF SERVICE

This is to certify that on this 15th day of December 2010, I caused the foregoing Election Form to be served by CM/ECF upon the Chapter 7 Trustee, Eduardo J Corretjer Reyes, Esq., Wilfredo A Geigel, Esq., and all parties requesting notice.

/s/ L.A. Morales Vidal
LYSSETTE A MORALES