## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re:   RIDEL ALEGRE FERNANDEZ ROSADO                      Case #: 07-05871 ESL
                     Debtor Appellant
                                                            Chapter 7

CELEDONIO CORREDERA PABLO
PABLO LOPEZ BAEZ
EMMA T BENITEZ &
OSIRIS DELGADO

         Movants Appellees

         v.

RIDEL ALEGRE FERNANDEZ ROSADO
         Appellant

### DESIGNATION OF RECORD ON APPEAL & STATEMENT OF ISSUES

RIDEL ALEGRE FERNANDEZ ROSADO, the Debtor Appellant herein, pursuant to

Bankr. Rule 8006, hereby designates the items to be included in the record.

| RECORD ITEM | DOCKET ENTRY | | DESCRIPTION |
|---|---|---|---|
| #1 | #1 | Bk Case | Petition, Schedules, Statements |
| | #38 | ADV Proc 08-0016 | Complaint |
| | #59 | ADV Proc 08-0016 | Opinion & Order Dismissing Complaint |
| | #68 | ADV Proc 08-0016 | Order Deferring Discharge |
| | #71 | ADV Proc 08-0016 | Order Denying Motion to Reconsider |
| | #40 | ADV Proc 08-0029 | Complaint |
| | #49 | ADV Proc 08-0029 | Opinion & Order Dismissing Complaint |
| | #59 | ADV Proc 08-0029 | Order Denying Motion to Reconsider |
| | #41 | ADV Proc 08-0033 | Complaint |

| | | |
|---|---|---|
| #46 | ADV Proc 08-0033 | Opinion & Order Dismissing Complaint |
| #54 | ADV Proc 08-0033 | Order Denying Motion to Reconsider |
| #51 | Bk Case | Notice of Abandonment |
| #52 | Bk Case | (Docket Text - No Distribution Report) |
| #54 | Bk Case | Motion Requesting Entry of Discharge |
| #55 | Bk Case | Motion to Dismiss |
| #57 | Bk Case | Second Request for Entry of Discharge |
| #58 | Bk Case | Motion to Suspend |
| #59 | Bk Case | Order Denying #54 |
| #60 | Bk Case | Order Dismissing Case |
| #61 | Bk Case | Order Denying #57 |
| #62 | Bk Case | Order Denying #58 |
| #67 | Bk Case | Motion to Reconsider |
| #68 | Bk Case | Opposition to #55 |
| #69 | Bk Case | Opposition to #67 |
| #70 | Bk Case | Order Granting #67 |
| #75 | Bk Case | Motion to Reconsider #59, 61 |
| #76 | Bk Case | Memorandum in Support |
| #80 | Bk Case | Reply |
| #81 | Bk Case | Joinder |
| #83 | Bk Case | Opposition |
| #84 | Bk Case | Opinion & Order |
| #89 | Bk Case | Notice of Appeal |
| #90 | Bk Case | Motion for Leave to Appeal |
| #92 | Bk Case | BAP Order Denying Motion for Leave to Appeal |
| #93 | Bk Case | BAP Judgment |
| #98 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #99 | Bk Case | Supplemented Proposed Findings of |

| | | Fact & Conclusions of Law |
|---|---|---|
| #100 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #101 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #102 | Bk Case | Proposed Findings of Fact & Conclusions of Law (With redacted Exh. 1 from DE #106) |
| #103 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #107 | Bk Case | Urgent Motion to Compel Appearance |
| #108 | Bk Case | Order on #107 |
| #109 | Bk Case | Motion to Reconsider #108 |
| #111 | Bk Case | Amended Minutes with trial exhibits |
| #121 | Bk Case | Motion Submitting Translated Documents |
| #125 | Bk Case | Opinion & Order |
| #128 | Bk Case | Judgment |
| #130 | Bk Case | Notice of Appeal |
| #132 | Bk Case | BAP Election |
| # | | Transcript Evidentiary Hearing 6/8/2010 |

## ISSUES ON APPEAL

1) Whether the Bankruptcy Court erred in dismissing the Debtor's Chapter 7 Bankruptcy Case for bad faith under 11 U.S.C. § 707(a).

    a) Whether as a matter of law, bad faith is a proper basis for dismissal under 11 U.S.C. §707(a).

    b) Whether the Movants met their burden of proof of cause for dismissal.

    c) Whether the Motion to Dismiss should have been denied as untimely.

2) Whether the Bankruptcy Court erred in denying entry of the Debtor's discharge.

3) Whether the Bankruptcy Court erred in compelling the appearance of the Debtor at the hearing on the Motion to Dismiss.

RESPECTFULLY SUBMITTED,

/s/ L.A. Morales Vidal
LYSSETTE A MORALES USDC #120011
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
CAGUAS, PR 00725-1908
(787) 746-2434 FAX 258-2658
lamoraleslawoffice@gmail.com