IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF: | CASE NO. 07-05871 (ESL)

RIDEL ALEGRE FERNANDEZ ROSADO | CHAPTER 7

Debtor | RE: PR 10-080

## TRANSMITTAL OF RECORD ON APPEAL

Appeal pursuant to 28 U.S.C. §158(a) filed on December 15, 2010.
Parties included in the appeal:

    Appellant: Ridel Alegre Fernandez Rosado
    Attorney : Lyssette A. Morales Vidal(120011)

    Appellee : Celedonio Corredera Pablo
    Attorney : Eduardo J. Corretjer Reyes (224113)

    Appellee : Pablo Lopez Baez, Emma T. Benitez, Osiris Delgado
    Attorney : Wilfredo A. Geigel (113312)

**Order Appealed:** Judgment Dated 12/08/2010 (Dkt. No. 128) by Bankruptcy Judge Enrique S. Lamoutte, entered on December 10, 2010 and upon Opinion & Order Dated 11/30/2010 and entered December 01, 2010 (Dkt. No. 125) in favor of creditors and against Debtor, granting creditors motion to dismiss for "cause" pursuant to Section 707(a) for Debtor's bad faith in filing its Chapter 7 bankruptcy petitions.

**Description of Matter Appealed By appellant:**

1. Whether the Bankruptcy Court erred in dismissing the Debtor's Chapter 7 Bankruptcy Case for bad faith under 11 U.S.C. Section 707(a).

    a. Whether as a matter of law, bad faith is a proper basis for dismissal under 11 U.S.C. Section 707(a).

    b. Whether the Movants met their burden of proof of cause for dismissal.

    c. Whether the Motion to Dismiss should have been denied as untimely.

2. Whether the bankruptcy Court erred in denying entry of the Debtor's discharge.

3. Whether the Bankruptcy Court erred in compelling the appearance of the Debtor at the hearing on the Motion to Dismiss.

| Designation in Appeal filed on: **December 28, 2010 (docket #133)** |
|---|
| Designation in Cross Appeal filed on: |
| Exhibits Designated and Included    **X YES**      NO |
| If no, please explain: |
| Transcript Designated and Included   **x (*) YES**     NO |
| If no, please explain:     *Transcript privately requested by Appellant |

Designation of Record on Appeal attached hereto and made part of this Transmittal of Record.

| RECORD ITEM | DOCKET ENTRY | | DESCRIPTION |
|---|---|---|---|
| #1 | #1 | Bk Case | Petition, Schedules, Statements |
| | #38 | ADV Proc 08-0016 | Complaint |
| | #59 | ADV Proc 08-0016 | Opinion & Order Dismissing Complaint |
| | #68 | ADV Proc 08-0016 | Order Deferring Discharge |
| | #71 | ADV Proc 08-0016 | Order Denying Motion to Reconsider |
| | #40 | ADV Proc 08-0029 | Complaint |
| | #49 | ADV Proc 08-0029 | Opinion & Order Dismissing Complaint |
| | #59 | ADV Proc 08-0029 | Order Denying Motion to Reconsider |
| | #41 | ADV Proc 08-0033 | Complaint |
| | #46 | ADV Proc 08-0033 | Opinion & Order Dismissing Complaint |
| | #54 | ADV Proc 08-0033 | Order Denying Motion to Reconsider |
| | #51 | Bk Case | Notice of Abandonment |
| | #52 | Bk Case | (Docket Text - No Distribution Report) |
| | #54 | Bk Case | Motion Requesting Entry of Discharge |
| | #55 | Bk Case | Motion to Dismiss |
| | #57 | Bk Case | Second Request for Entry of Discharge |
| | #58 | Bk Case | Motion to Suspend |
| | #59 | Bk Case | Order Denying #54 |
| | #60 | Bk Case | Order Dismissing Case |
| | #61 | Bk Case | Order Denying #57 |
| | #62 | Bk Case | Order Denying #58 |
| | #67 | Bk Case | Motion to Reconsider |
| | #68 | Bk Case | Opposition to #55 |
| | #69 | Bk Case | Opposition to #67 |
| | #70 | Bk Case | Order Granting #67 |
| | #75 | Bk Case | Motion to Reconsider #59, 61 |
| | #76 | Bk Case | Memorandum in Support |
| | #80 | Bk Case | Reply |
| | #81 | Bk Case | Joinder |

| | | |
|---|---|---|
| #83 | Bk Case | Opposition |
| #84 | Bk Case | Opinion & Order |
| #89 | Bk Case | Notice of Appeal |
| #90 | Bk Case | Motion for Leave to Appeal |
| #92 | Bk Case | BAP Order Denying Motion for Leave to Appeal |
| #93 | Bk Case | BAP Judgment |
| #98 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #99 | Bk Case | Supplemented Proposed Findings of Fact & Conclusions of Law |
| #100 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #101 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #102 | Bk Case | Proposed Findings of Fact & Conclusions of Law (With redacted Exh. 1 from DE #106) |
| #103 | Bk Case | Proposed Findings of Fact & Conclusions of Law |
| #107 | Bk Case | Urgent Motion to Compel Appearance |
| #108 | Bk Case | Order on #107 |
| #109 | Bk Case | Motion to Reconsider #108 |
| #111 | Bk Case | Amended Minutes with trial exhibits |
| #121 | Bk Case | Motion Submitting Translated Documents |
| #125 | Bk Case | Opinion & Order |
| #128 | Bk Case | Judgment |
| #130 | Bk Case | Notice of Appeal |
| #132 | Bk Case | BAP Election |
| # | | Transcript Evidentiary Hearing 6/8/2010 |

I hereby certify that I have electronically forwarded via CM/ECF system a copy of the Transmittal to the following parties:

Lyssette A. Morales Vidal, Esq.
Urb. Villa Blanca
Caguas, PR 00725-1908
lamoraleslawoffice@gmail.com

Eduardo J. Corretjer Reyes, Esq.
625 Ave Ponce de Leon
San Juan, PR 00917-4819
ejcr98@yahoo.com <ejcr98@yahoo.com>

Wilfredo A. Geigel, Esq.
P.O. Box 25749
Gallows Bay St. Croix 00824
E-mail: wageigel@islands.vi

Wilfredo Segarra Miranda, Trustee
P.O. Box 9023385
San Juan, PR 00902-3385

Monsita Lecaroz, Esq.
Office of the US Trustee
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922
ustpregion21.hr.ecf@usdoj.gov

In San Juan Puerto Rico this 3rd day of January, 2011.

/s/Maritza Feijoo
Case Manager