UNITED STATES BANKRUPTCY APPELLATE PANEL

FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: | BAP Case No: 10-80 |
| RIDEL FERNANDEZ ROSADO | |
| Debtor. | Case No: 07-05871 (ESL) |
| RIDEL FERNANDEZ ROSADO | |
| Appellant | |
| v. | |
| CELEDONIO CORREDERA PABLO, PABLO LOPEZ BAEZ, OSIRIS DELGADO, y EMMA TERESA BENITEZ | |
| Appellees | |

## MOTION TO INFORM JOINDER

COME NOW Creditors Osiris Delgado, Emma Teresa Benitez and Pablo Lopez by and through the undersigned respectfully state:

On January 21, 2011 co-appellee Celedonio Corredera Pablo filed a motion to dismiss (document 00115280) requesting that this appeal be denied for appellant's failure to comply with specific requirements of Federal Rule 8001(a) of the Bankruptcy Procedure. The argument expounded by Celedonio Corredera Pablo do not require additional arguments and are equally applicable to the other appellees in this proceeding.

WHEREFORE, Pablo Lopez Baez, Emma Teresa Benitez and Osiris Delgado join co-appellee Celedonio Corredera Pablo in its motion to dismiss this appeal.

Dated: January 27, 2011

s/ Wilfredo A. Géigel, Esq.
Law Offices of Wilfredo A. Géigel
Counsel for López, Benitez and Delgado
PO Box 25749
Christiansted, St. Croix, USVI 00824
Tel: (340) 778-8069
wageigel@gmail.com
ivy@gs-lawoffices.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27th__ day of January 2011 I electronically filed a copy of the foregoing with the Clerk of the US Bankruptcy Court for the District of Puerto Rico using the CM/ECF system, which will send electronic notice to the Chapter 7 Trustee, counsel for Debtor, and all other interested CM/ECF participants:

Lyssette A. Morales Vidal
L.A. Morales & Associates PSC
Urb. Villa Blanka
76 Calle Aquamarina
Caguas, PR 00725-1908
Tel: (787) 746-2434; Fax (787) 258-2658
lamoraleslawoffice@gmail.com

Eduardo J. Corretjer Reyes, Esq.
625 Ave. Ponce de Leon
San Juan, PR 00917-4819
Tel: (787) 751-4618
ejcr98@yahoo.com

/s/ Wilfredo A. Geigel, Esq.